IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATASHA TENNIAL, )<br>)<br>Plaintiff, )<br>) Case No. 2:16-cv-2913<br>vs. )<br>)<br>BANK OF AMERICA, N.A., ) REMOVAL FROM THE CHANCERY<br>SUCCESSOR BY MERGER TO BAC ) COURT OF SHELBY COUNTY,<br>HOME LOANS SERVICING, LP FKA ) CASE NO. CH-16-0311-2<br>COUNTRYWIDE HOME LOANS )<br>SERVICING, LP; and CARRINGTON )<br>MORTGAGE SERVICES, LLC. )<br>)<br>Defendants. | |

## NOTICE OF REMOVAL

Defendant Bank of America, N.A., named here in its own capacity and as successor by July 1, 2011 *de jure* merger with BAC Home Loans Servicing, L.P. f/k/a Countrywide Home Loans, L.P. ("Bank of America"), pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, hereby gives notice of the removal of the above-entitled action from the Chancery Court for Shelby County, Tennessee to the United States District Court for the Western District of Tennessee, Western Division. As grounds for removal, Bank of America states as follows:

1. On February 24, 2016, Plaintiff filed a Complaint against Bank of America and Carrington Mortgage Services, LLC ("Carrington") in the Chancery Court for Shelby County, Tennessee, Case No. CH-16-0311-2.

2. Pursuant to 28 U.S.C. §1446(a), a copy of all process, pleadings, and orders in this action is attached hereto as **Exhibit A**.

3. This removal is timely under 28 U.S.C. § 1446(b) because Bank of America has not been served with a copy of the summons and Complaint to date.

1

4.      Upon information and belief, Carrington has not been served with summons or a copy of the complaint.

5.      This case is properly removable pursuant to 28 U.S.C. § 1441, which provides in pertinent part as follows:

> (a) Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.
> (b)(2) A civil action otherwise removable solely on the basis of the jurisdiction under section 1332(a) of this title may not be removed if any of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought.

6.      This action is properly removable under 28 U.S.C. § 1332 because this is a civil action between parties whose citizenship is completely diverse, and the amount in controversy exceeds $75,000.

**DIVERSITY JURISDICTION**

7.      Upon information and belief, Plaintiff is a citizen and resident of the state of Tennessee.

8.      Defendant Bank of America, N.A. is a national bank with its main office, as set forth in its Articles of Association, in Charlotte, North Carolina.[1] For purposes of determining diversity jurisdiction, a national bank is located in, and thus a citizen of, the state designated in its articles of association as the location of its main office. *Wachovia v. Schmidt,* 546 U.S. 303, 318 (2006).  Thus, Bank of America is a citizen of North Carolina for the purposes of 28 U.S.C. § 1332.

---

[1] Office of Comptroller of Currency, *National Bank List,* at 2, *available at* http://www.occ.treas.gov/topicillicensing/national-bank-lists/bank-list-national-by-name-v2.pdf

9. Defendant Carrington Mortgage Services, LLC is a Delaware limited liability company with its principal place of business in Anaheim, California.  As a limited liability company, Carrington is deemed a citizen of the states where its members are citizens.  *See Delay v. Rosenthal Collins Group, LLC*, 585 F.3d 1003, 1005 (6th Cir. 2009).  Carrington's sole member is Carrington Mortgage Holdings, LLC, a Delaware limited liability company with its principal place of business in Anaheim, California.  Carrington Mortgage Holdings, LLC's members are Carrington Holding Company, LLC, a Delaware limited liability company with its principal place of business in Greenwich, Connecticut, and a private individual who is not a citizen of Tennessee.  Carrington Holding Company, LLC's sole member is The Carrington Companies, LLC.  The Carrington Companies, LLC is a Delaware limited liability company with its principal place of business in Greenwich, Connecticut. The Carrington Companies, LLC's members are two private individuals who are not citizens of Tennessee. Therefore, Carrington Mortgage Services, LLC is not a citizen of Tennessee.

10. Thus, complete diversity exists between Plaintiff and Defendants and, as discussed below, the jurisdictional amount in controversy is satisfied.

**AMOUNT IN CONTROVERSY**

11. Bank of America need only "show by a preponderance of the evidence that the amount in controversy requirement has been met." *Hayes v. Equitable Energy Resources Co.*, 266 F.3d 560, 572 (6th Cir. 2001) (*citing Gafford v. Gen. Elec. Co.*, 997 F.2d 150, 158 (6th Cir. 1993)).

12. "In actions seeking declaratory or injunctive relief, it is well-established that the amount in controversy is measured by the value of the object of the litigation." *Cleveland Housing Renewal Project v. Deutsche Bank Trust Co.*, 621 F.3d 554, 560 (6th Cir. 2010) (quoting *Hunt v. Wash. State Apple Adver. Comm'n*, 432 U.S. 333, 347 (1977)).  Here, the "object[s] of the

litigation" is the property because Plaintiff seeks injunctive relief preventing Carrington from taking possession of the property and an order setting aside the foreclosure sale of the property. According to the loan documents, the outstanding balance on the mortgage prior to foreclosure was $87,747.71.

## ALL OTHER REQUIREMENTS FOR REMOVAL ARE SATISFIED

13. The United States District Court for the Western District of Tennessee, Western Division, is the appropriate court for filing a notice of removal from the Chancery Court of Shelby County, Tennessee.

14. Pursuant to 28 U.S.C. § 1446(d), Bank of America will file a copy of this notice of removal with the Clerk and Master of the Chancery Court of Shelby County, Tennessee and will also provide a copy of this notice to Plaintiff and Carrington.

15. WHEREFORE, Bank of America respectfully requests that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Chancery Court of Shelby County, Tennessee to the United States District Court for the Western District of Tennessee, Western Division.

Respectfully submitted,

*/s/ Benjamin W. Perry*
Heather H. Wright (BPR #030649)
Benjamin W. Perry (BPR #034387)
BRADLEY ARANT BOULT CUMMINGS LLP
1600 Division Street, Suite 700
Nashville, Tennessee 37203
Telephone: (615) 252-2342
Fax: (615) 252-6342
Email: hwright@bradley.com
Email: bperry@bradley.com

*Attorneys for Defendant Bank of America, N.A.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that true and exact copies of the foregoing has been served upon the following through the Court's Electronic Filing System, or by mailing the same to the offices of said counsel by United States Mail, postage prepaid this 22nd day of November 2016.

Kelly Pearson  
4745 Poplar, Ste. 212  
Memphis, TN 38117

William Hardwick  
4745 Poplar, Suite 201  
Memphis, TN 38117

*Attorneys for Plaintiff*

Bret Chaness  
Rubin Lublin, LLC  
3145 Avalon Ridge Place, Suite 100  
Peachtree Corners, GA 30071

*Attorney for Carrington Mortgage Services, LLC*

/s/ *Benjamin W. Perry*  
Benjamin W. Perry