IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATASHA TENNIAL,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>    Defendants. | Case No. 2:16-cv-02913-JTF-cgc |

## CARRINGTON MORTGAGE SERVICES, LLC'S MOTION TO STRIKE, OR IN THE ALTERNATIVE, TO DISMISS

COMES NOW, Carrington Mortgage Services, LLC ("Carrington"), one of the Defendants in the above-styled civil action, and hereby moves this Court to strike the Complaint pursuant to Fed. R. Civ. P. 11(a), or in the alternative, to dismiss this action for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6). In support of this Motion, Carrington is contemporaneously filing its Memorandum of Law containing arguments and citation of authorities.

WHEREFORE, Carrington prays for the following relief:

(a) That this Court strike the Complaint pursuant to Fed. R. Civ. P. 11(a) because it is unsigned;

(b) In the alternative, that this Court dismiss the Complaint based on the Plaintiff's failure to state a claim upon which relief can be granted; and

1

(c) For such other and further relief as this Court deems just and proper.

Respectfully submitted, this 28th day of December, 2016.

>*/s/ Bret J. Chaness*
>BRET J. CHANESS (BPR # 31643)
>**RUBIN LUBLIN TN, PLLC**
>3145 Avalon Ridge Place, Suite 100
>Peachtree Corners, Georgia 30071
>(678) 281-2730 (Telephone)
>(404) 921-9016 (Facsimile)
>bchaness@rubinlublin.com
>
>*Attorney for Carrington Mortgage Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I have, this 28th day of December, 2016, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Kelly Pearson
4745 Poplar, Suite 212
Memphis, TN 38117

William Hardwick
4745 Poplar, Suite 201
Memphis, TN 38117

Heather H. Wright
Benjamin W. Perry
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

*/s/ Bret J. Chaness*
BRET J. CHANESS (BPR # 31643)