IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| LATASHA TENNIAL, | ) | |
| | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | No. 2:16-cv-02913-JTF-cgc |
| | ) | |
| BANK OF AMERICA, N.A., | ) | |
| f/k/a COUNTRYWIDE HOME LOANS, | ) | |
| SERVICING, LP, and | ) | |
| CARRINGTON MORTGAGE | ) | |
| SERVICES, LLC, | ) | |
| | ) | |
| DEFENDANTS. | ) | |

## MEDIATION ORDER

Pursuant to the mediation requirement set forth by the Court under Local Rule 16.2, the parties are ordered to complete mediation by Friday, April 7, 2017. The parties are to have present at the mediation, representatives with full settlement authority. The parties must file a report with the Court stating (1) the name of their mediator; (2) the date on which the mediation took place, and (3) the results of the mediation. The parties' mediation report is due on or before April 7, 2017.

**IT IS SO ORDERED** on this 20th day of January, 2017.

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE