IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| LATASHA TENNIAL,<br><br>    Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP and CARRINGTON MORTGAGE SERVICES, LLC,<br><br>    Defendants. | Case No. 2:16-cv-02913-JTF-cgc |

## CARRINGTON MORTGAGE SERVICES, LLC'S
## MOTION FOR SUMMARY JUDGMENT[1]

COMES NOW, Carrington Mortgage Services, LLC ("Carrington"), a named Defendant in the above-styled civil action, and hereby moves this Court for summary judgment as to all of the Plaintiff's claims pursuant to Fed. R. Civ. P. 56. The record demonstrates that there is no genuine issue of fact to be tried and that Carrington is entitled to judgment as a matter of law.

In support of this Motion, Carrington relies upon its Statement of Material Facts, with accompanying exhibits thereto, and its Memorandum of Law containing arguments and citation of authorities, both filed contemporaneously herewith.

WHEREFORE, Carrington prays for the following relief:

(a) That this Court grant its Motion for Summary Judgment; and

---

[1] Carrington currently has a Motion to Dismiss pending before this Court, but in the event the Motion to Dismiss is denied partially or in full, this Motion for Summary Judgment is submitted to comply with the dispositive motion deadline of July 19, 2017, in this matter.

(b) For such other and further relief as this Court deems just and proper.

Respectfully submitted, this 19th day of July, 2017.

>
> */s/ Bret J. Chaness*
> BRET J. CHANESS (BPR # 31643)
> **RUBIN LUBLIN TN, PLLC**
> 3145 Avalon Ridge Place, Suite 100
> Peachtree Corners, Georgia 30071
> (678) 281-2730 (Telephone)
> (404) 921-9016 (Facsimile)
> bchaness@rubinlublin.com
>
> *Attorney for Carrington Mortgage Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that I have, this 19th day of July, 2017, served all parties in this matter with the foregoing by CM/ECF and by placing a true and correct copy of same in the United States Mail, with first-class prepaid postage affixed thereto, properly addressed as follows:

Kelly Pearson
4745 Poplar, Suite 212
Memphis, TN 38117

William Hardwick
4745 Poplar, Suite 201
Memphis, TN 38117

Heather H. Wright
Benjamin W. Perry
Bradley Arant Boult Cummings LLP
1600 Division Street, Suite 700
Nashville, TN 37203

                                       */s/ Bret J. Chaness*
                                       BRET J. CHANESS (BPR # 31643)