**United States District Court for the Western District of Tennessee**

FILED

2017 NOV 16 AM 10: 19

_LaTasha Tennial_

Plaintiff,

vs.

CASE NO. 2:16-cv-02913-cgc

_Bank of America, N.A., Successor by Merger to BAC Home Loans Servicing, LP FKA Countrywide Home Loans Servicing, LP et al + Carrington Mortgage Services LLC_ Defendant.

## NOTICE OF APPEAL

Notice is hereby given that _LaTasha Tennial_, hereby appeal
(here name all parties taking the appeal)

to the United States Court of Appeals for the Sixth Circuit from _Order granting to dismiss and_
(the final judgment) (from an

_dismissing as moot motion for Summary Judgment_ entered in this action on the _16th_ day of
order (describing it))

_November_, _2017_.

(s) _Tennial_

Address: _4573 Fawn Hollow_
_Memphis TN 38141_
_(901) 691-0626_

Attorney for _LaTasha Tennial_

cc: Opposing Counsel ___
    Court of Appeals ___

6CA-3
1/99