# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

_____

| | |
|---|---|
| **LATASHA TENNIAL,**<br>**Plaintiff,** | JUDGMENT IN CIVIL CASE |
| V. | CASE No.2:16cv2913-cgc |
| **BANK OF AMERICA, N.A.,**<br>**SUCCESSOR BY MERGER TO**<br>**BAC HOME LOANS SERVICING,**<br>**LP, f/k/a COUNTRYWIDE**<br>**HOME LOANS SERVICING, L.P.,**<br>**And CARRINGTON MORTGAGE**<br>**SERVICES, LLC.**<br>**Defendant** | |

_____

**DECISION BY COURT.**  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJOURNED** in accordance with the Order Granting Bank of America, N.A.'s Motion for Judgment on the Pleadings, entered on November 27, 2017, this cause is dismissed with prejudice.


**APPROVED:**

s/Charmiane G. Claxton
**CHARMIANE G. CLAXTON**
**UNITED STATES MAGISTRATE JUDGE**

Date: December 6, 2017

s/Thomas M. Gould
**Clerk of Court**

s/Chris Sowell
**(By)Deputy Clerk**